United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA GEBREGZI,<br>Plaintiff,<br>v.<br>KAISER FOUNDATION HOSPITALS, et al.,<br>Defendants. | Case No. 26-cv-07598-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to 24-cv-6322.

**IT IS SO ORDERED.**

Dated: July 23, 2026

JOSEPH C. SPERO
United States Magistrate Judge